## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.: 3:04CV621

| | | |
|---|---|---|
| **JOHNNY COADA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BELLSOUTH TELECOMMUNICATIONS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

THIS MATTER is before the Court on Plaintiff's Motion to Compel, filed April 12, 2005. On April 28, 2005, Defendant filed its Response to Plaintiff's Motion to Compel. This matter is now ripe for disposition by the Court.

In his Motion, Plaintiff alleges that on November 15, 2004, which was the same day Plaintiff filed his Complaint, he served Defendant with a Request for Production of Documents ("Request"). Subsequently, on March 16, 2005, Plaintiff sent a letter to Defendant, asking Defendant to produce the requested documents within ten days. As of April 12, 2005, Defendant had still not responded to Plaintiff's Request. Plaintiff asks the Court to compel Defendant to respond to the Request for Production of Documents.

In response, Defendant contends that since the parties have not yet held a Rule 26(f) conference, Defendant is under no obligation to respond to Plaintiff's Request. Despite its lack of obligation, on April 28, 2005, Defendant served Plaintiff with responses to the Request for Production of Documents.

Rule 26(d) of the Federal Rules of Civil Procedure provides, in pertinent part, ". . . a party

may not seek discovery from any source before the parties have conferred as required by Rule 26(f)."  In the instant case, it is undisputed that as of April 28, 2005, the parties had not held a Rule 26(f) conference.  Consequently, Defendant correctly asserts that it was under no obligation to respond to Plaintiff's Request.  In any event, on April 28, 2005, Defendant provided Plaintiff with responses to his Request for Production of Documents.  Therefore, Plaintiff's Motion to Compel is hereby denied.

      **SO ORDERED.**

**Signed: May 16, 2005**

Graham C. Mullen
Chief United States District Judge